**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                        Case No.: 1:13–cr–00731
                                                                          Honorable Charles P. Kocoras

H Ty Warner

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 18,2013:

        MINUTE entry before the Honorable Charles P. Kocoras as to H Ty Warner: At
the parties telephonic request, arraignment and plea set for 9/24/2013 is stricken.
Arraignment and plea is reset for 10/2/2013 at 09:45 AM. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If an order or other document is enclosed, please refer to
it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.