# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff(s) ) | Case No: 13cr731 |
| ) | |
| v. ) | |
| H Ty Warner ) | Judge: Charles P. Kocoras |
| ) | |
| Defendant(s) ) | |

## ORDER

As to defendant H Ty Warner (1): Arraignment hearing held on 10/2/2013. Defendant files Waiver of Indictment. Defendant enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Sentencing is set for 1/15/2014 at 9:45a.m. Government and defendant agree to certain conditions of release. Defendant to be release after processing.

Date: October 2, 2013

Honorable Charles P. Kocoras

00:40