UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT - 2 2013
Judge Charles P. Kocoras
United States District Court

15

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 13 CR 731 |
| H. TY WARNER | ) |

## WAIVER OF INDICTMENT

I, H. Ty Warner, the above named defendant, who is accused of tax evasion pursuant to 26 USC 7201, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _October 2, 2013_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

H. TY WARNER

GREGORY SCANDAGLIA
Attorney for Defendant

10/2/13

Charles P. Kocoras
U.S. District Judge