UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 731 |
| vs. | ) | |
| | ) | Honorable Charles P. Kocoras |
| H. TY WARNER | ) | |

## **DESIGNATION OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

                                        Respectfully submitted,

                                        ZACHARY T. FARDON
                                        United States Attorney

                       By:   */s/ Michelle Petersen*_____
                                        MICHELLE PETERSEN
                                        Assistant United States Attorney
                                        219 S. Dearborn St., 5th Floor
                                        Chicago, IL 60604
                                        (312) 886-7655

Dated: October 24, 2013