NITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. **13 CR 731** |
| | ) | |
| H. TY WARNER | ) | Judge Charles P. Kocoras |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

By:   /s/Patrick J. King, Jr.
       PATRICK J. KING, JR.
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5341

October 24, 2013