**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:13−cr−00731
                                  Honorable Charles P. Kocoras

H Ty Warner

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 18, 2013:

      MINUTE entry before the Honorable Charles P. Kocoras: As to H Ty Warner, On Court's own motion, sentencing set for 1/15/2014 is stricken and reset for 1/14/2014 at 09:45 a.m. in Courtroom 2325. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.