UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 13 CR 731 |
| H. TY WARNER, ) | |
| ) | Judge Charles P. Kocoras |
| Defendant. ) | |
| ) | |

**SATISFACTION OF JUDGMENT**

Judgment was entered for the United States, and against the defendant, H. Ty Warner, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $100,600.00 has been satisfied.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60603
(312) 469-6008
joseph.stewart@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

      SATISFACTION OF JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

H. Ty Warner


      By: s/ Joseph A. Stewart
      JOSEPH A. STEWART
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois  60604
      (312) 469-6008
      joseph.stewart@usdoj.gov