UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13 CR 731 |
| v. ) | |
| ) | Hon. Charles P. Kocoras |
| H. TY WARNER ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment (Sentencing Order) entered January 15, 2014, which appeal is from the sentence imposed as to the count of conviction.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney


By: /s/ Michelle M. Petersen
MICHELLE M. PETERSEN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2014, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    By:   */s/ Michelle M. Petersen*
           MICHELLE M. PETERSEN
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-7655
           michelle.petersen@usdoj.gov