UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13 CR 731 |
| v. ) | |
| ) | Hon. Charles P. Kocoras |
| H. TY WARNER ) | |

**DOCKETING STATEMENT**

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Jurisdiction in the district court is provided by 18 U.S.C. § 3231, which vests the district court with original jurisdiction over all offenses against the laws of the United States. The defendant was charged by information with a criminal violation of 26 U.S.C. § 7201.

On January 15, 2014, the judgment and sentencing order was entered on the docket. The United States has timely filed its Notice of Appeal within 30 days after entry of the judgment. The Court of Appeals has jurisdiction under 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

There was a prior appellate proceeding related to this matter.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

By:   */s/ Michelle M. Petersen*
        MICHELLE M. PETERSEN
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2014, I electronically filed the foregoing Docketing Statement with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                        By:    */s/ Michelle M. Petersen*
                                 MICHELLE M. PETERSEN
                                 Assistant United States Attorney
                                 219 South Dearborn Street
                                 Chicago, Illinois 60604
                                 (312) 886-7655
                                 michelle.petersen@usdoj.gov