UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13 CR 731 |
| v. ) | |
| ) | Hon. Charles P. Kocoras |
| H. TY WARNER ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment (Sentencing Order) entered January 15, 2014, which appeal is from the sentence imposed as to the count of conviction.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


By:   */s/ Michelle M. Petersen*
     MICHELLE M. PETERSEN
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2014, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    By:   */s/ Michelle M. Petersen*
            MICHELLE M. PETERSEN
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 886-7655
            michelle.petersen@usdoj.gov

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 13 cr 731-1

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA/appellant | | Warner/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Michelle Petersen | Name | Gregory J. Scandaglia |
| Firm | United States Attorney's Office | Firm | Scandaglia & Ryan |
| Address | 219 S. Dearborn Street, 5th Floor<br>Chicago, IL 60604 | Address | 55 East Monroe Street<br>Suite 3440<br>Chicago, IL 60603 |
| Phone | 312 886 7655 | Phone | (312) 580-2020 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kocoras | Date Filed in District Court | 9/18/2013 |
| Court Reporter | J. Hanhardt   ext-6874 | Date of Judgment | 1/15/2014 |
| Nature of Suit Code | | Date of Notice of Appeal | 2/13/2014 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [ ]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [X]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [X]   No [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13 CR 731 |
| v. ) | |
| ) | Hon. Charles P. Kocoras |
| H. TY WARNER ) | |

## DOCKETING STATEMENT

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Jurisdiction in the district court is provided by 18 U.S.C. § 3231, which vests the district court with original jurisdiction over all offenses against the laws of the United States. The defendant was charged by information with a criminal violation of 26 U.S.C. § 7201.

On January 15, 2014, the judgment and sentencing order was entered on the docket. The United States has timely filed its Notice of Appeal within 30 days after entry of the judgment. The Court of Appeals has jurisdiction under 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

There was a prior appellate proceeding related to this matter.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:   */s/ Michelle M. Petersen*
      MICHELLE M. PETERSEN
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I electronically filed the foregoing Docketing Statement with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

          By:    */s/ Michelle M. Petersen*
                MICHELLE M. PETERSEN
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 886-7655
                michelle.petersen@usdoj.gov

Case: 1:13-cr-00731 Document #: 37 Filed: 02/14/14 Page 7 of 17 PageID #:449
Case: 1:13-cr-00731 Document #: 30 Filed: 01/14/14 Page 1 of 5 PageID #:371

15

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
          Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of Illinois

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| H. Ty Warner | ) | Case Number: 13 CR 731 |
| | ) | USM Number: 46276-424 |
| | ) | Gregory J. Scandaglia |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    (1) One of the information

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 | Tax Evasion | 11/5/2007 | 1 |

     The defendant is sentenced as provided in pages 2 through ____5____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/14/2014
Date of Imposition of Judgment

*Charles P. Kocoras*
Signature of Judge

CHARLES P. KOCORAS, U.S. DISTRICT JUDGE
Name and Title of Judge

1/14/2014
Date

Case: 1:13-cr-00731 Document #: 37 Filed: 02/14/14 Page 8 of 17 PageID #:450
Case: 1:13-cr-00731 Document #: 30 Filed: 01/14/14 Page 2 of 5 PageID #:372

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page 2 of 5

DEFENDANT: H. Ty Warner
CASE NUMBER: 13 CR 731

## PROBATION

The defendant is hereby sentenced to probation for a term of :

TWO (2) YEARS on Count (1) One of the Information

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 4C — Probation

Case: 1:13-cr-00731 Document #: 37 Filed: 02/14/14 Page 9 of 17 PageID #:451
Case: 1:13-cr-00731 Document #: 30 Filed: 01/14/14 Page 3 of 5 PageID #:373

Judgment—Page 3 of 5

DEFENDANT: H. Ty Warner
CASE NUMBER: 13 CR 731

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall complete a total of 500 hours of community service at the following locations: Leo, Tilden, and Richards High Schools.

The defendant shall pay a total of $500 costs of prosecution.

The defendant has no restrictions on international travels.

DEFENDANT: H. Ty Warner
CASE NUMBER: 13 CR 731

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 100,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

 ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

 ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: H. Ty Warner
CASE NUMBER: 13 CR 731

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ 100,600.00  due immediately, balance due

   ☑ not later than  3/14/2014 , or
   ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☑ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL,COX,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00731-1
### Internal Use Only

Case title: USA v. Warner

Date Filed: 09/18/2013
Date Terminated: 01/14/2014

Assigned to: Honorable Charles P. Kocoras

**Defendant (1)**

**H Ty Warner**
*TERMINATED: 01/14/2014*

represented by **Mark E Matthews**
Caplin & Drysdale
One Thomas Circle, Nw
Suite 1100
Washington, DC 20005
(202) 862-5000
Email: mmatthews@capdale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gregory J. Scandaglia**
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
(312) 580-2020
Email: gscandaglia@scandagliaryan.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael John Garcia**
Kirkland & Ellis Llp
601 Lexington Avenue
New York, NY 10022
(212) 446-4810
Email: michael.garcia@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Samuel Shapiro**
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
(312) 580-2020
Fax: (312) 782-3806
Email: mshapiro@scandagliaryan.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| ATTEMPT TO EVADE OR DEFEAT TAX (1) | The defendant is hereby sentenced to probation for a term of two (2) years on Count (1) of the Information. Criminal monetary penalties. Schedule of payments. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **James Martin Conway**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353-5300<br>Email: james.conway@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michelle Petersen**<br>United States Attorney's Office<br>Northern District of Illinois |

219 S. Dearborn Street, 5th Floor
Chicago, !L 60604
312 886 7655
Email: michelle.petersen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Probation Department**

.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Patrick Joseph King , Jr.**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: patrick.king@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2013 | 1 | INFORMATION as to H Ty Warner (1) count(s) 1 (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 2 | DESIGNATION Sheet: FELONY (Category 2). (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 🔒 3 | NOTICE of Arraignment as to H Ty Warner before Honorable Charles P. Kocoras on 9/24/2013 at 09:30 AM. (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 4 | ATTORNEY Appearance for defendant H Ty Warner by Gregory J. Scandaglia (Scandaglia, Gregory) (Entered: 09/18/2013) |

| | | |
|---|---|---|
| 09/18/2013 | 5 | ATTORNEY Appearance for defendant H Ty Warner by Michael Samuel Shapiro (Shapiro, Michael) (Entered: 09/18/2013) |
| 09/18/2013 | 6 | MINUTE entry before the Honorable Charles P. Kocoras as to H Ty Warner: At the parties telephonic request, arraignment and plea set for 9/24/2013 is stricken. Arraignment and plea is reset for 10/2/2013 at 09:45 AM. Mailed notice (yp, ) (Entered: 09/18/2013) |
| 09/19/2013 | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8746875. (Matthews, Mark) (Entered: 09/19/2013) |
| 09/26/2013 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8771425. (Garcia, Michael) (Entered: 09/26/2013) |
| 09/30/2013 | 9 | ORDER as to H. Ty Warner: Motion for Leave to appear Pro Hac Vice as to Mark Matthews 7 and Michael Garcia as counsel for defendant 8 are granted. Signed by the Honorable Charles P. Kocoras on 9/30/13. (las, ) (Entered: 10/01/2013) |
| 10/02/2013 | 10 | PRETRIAL Bail Report as to H Ty Warner (SEALED) (Hurtado, Sabina) (Entered: 10/02/2013) |
| 10/02/2013 | 11 | ORDER Setting Conditions of Release as to H Ty Warner in amount of $ 4500, Own Recognizance Signed by the Honorable Charles P. Kocoras on 10/2/13. (las, ) (Entered: 10/02/2013) |
| 10/02/2013 | 12 | Own Recognizance Bond as to H Ty Warner in the amount of $ 4500, (las, ) (Entered: 10/02/2013) |
| 10/02/2013 | 13 | ORDER as to H Ty Warner: Arraignment hearing held on 10/2/13. Defendant files Waiver of Indictment. Defendant enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Sentencing is set for 1/15/2014 at 9:45 a.m. Government and defendant agree to certain conditions of release. Defendant to be release after processing. Signed by the Honorable Charles P. Kocoras on 10/2/13. (las, ) (Entered: 10/03/2013) |
| 10/02/2013 | 14 | WAIVER of indictment by H Ty Warner (las, ) (Entered: 10/03/2013) |
| 10/02/2013 | 15 | PLEA Agreement as to H Ty Warner (las, ) (Entered: 10/03/2013) |
| 10/24/2013 | 16 | ATTORNEY Designation for USA of Michelle Petersen (Petersen, Michelle) (Entered: 10/24/2013) |
| 10/24/2013 | 17 | ATTORNEY Designation for USA of Patrick Joseph King, Jr (King, Patrick) (Entered: 10/24/2013) |
| 11/18/2013 | 18 | MINUTE entry before the Honorable Charles P. Kocoras: As to H Ty Warner, On Court's own motion, sentencing set for 1/15/2014 is stricken and reset for 1/14/2014 at 09:45 a.m. in Courtroom 2325. Mailed notice (yp, ) (Entered: 11/18/2013) |
| 12/05/2013 | 20 | PRESENTENCE Investigation Report as to H Ty Warner (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Fitzgerald, Josie) (Entered: |

| | | 12/05/2013) |
|---|---|---|
| 12/12/2013 | [21](#) | PRESENTENCE Investigation Report (Supplemental) as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/12/2013 | [22](#) | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/19/2013 | [23](#) | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Essling, Bernadette) (Entered: 12/19/2013) |
| 12/31/2013 | [24](#) | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # [1](#) Exhibit)(Scandaglia, Gregory) (Entered: 12/31/2013) |
| 01/07/2014 | 🔒 [25](#) | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on October 2, 2013, before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/28/2014. Redacted Transcript Deadline set for 2/7/2014. Release of Transcript Restriction set for 4/7/2014. (Hanhardt, Joene) (Entered: 01/07/2014) |
| 01/07/2014 | [26](#) | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D)(Petersen, Michelle) (Entered: 01/07/2014) |
| 01/08/2014 | [27](#) | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Sohl, David) (Entered: 01/08/2014) |
| 01/09/2014 | [28](#) | SUPPLEMENT by H Ty Warner to sentencing memorandum [24](#) (Attachments: # [1](#) Exhibit 1)(Scandaglia, Gregory) (Entered: 01/09/2014) |
| 01/14/2014 | [29](#) | MINUTE entry before the Honorable Charles P. Kocoras: Sentencing held on 1/14/2014 as to H Ty Warner. Mailed notice (yp, ) (Entered: 01/14/2014) |
| 01/14/2014 | [30](#) | JUDGMENT (Sentencing Order) as to H Ty Warner (1), Count(s) 1, The defendant is hereby sentenced to probation for a term of two (2) years on Count (1) of the Information. Criminal monetary penalties. Schedule of payments. (Terminated defendant H Ty Warner). Signed by the Honorable Charles P. Kocoras on 1/14/14. Mailed notice (las, ) (Entered: 01/15/2014) |
| 01/14/2014 | [31](#) | STATEMENT of Reasons as to H Ty Warner(SEALED) (las, ) (Entered: 01/15/2014) |
| 01/15/2014 | | JUDGMENT and Commitment as to H Ty Warner issued to U.S. Marshal (las, ) (Entered: 01/15/2014) |
| | | |

| | | |
|---|---|---|
| 01/31/2014 | 32 | Full SATISFACTION (RELEASE) of Judgment in the amount of $100,600.00 by H Ty Warner (Stewart, Joseph) (Entered: 01/31/2014) |
| 02/03/2014 | 🔒 33 | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on January 14, 2014, before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/5/2014. (Hanhardt, Joene) (Entered: 02/03/2014) |
| 02/13/2014 | 34 | NOTICE OF APPEAL by USA as to H Ty Warner (Petersen, Michelle) (Entered: 02/13/2014) |
| 02/13/2014 | 35 | DOCKETING statement by USA as to H Ty Warner regarding notice of appeal 34 (Petersen, Michelle) (Entered: 02/13/2014) |
| 02/14/2014 | 36 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 34 . (kj, ) (Entered: 02/14/2014) |