# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 14, 2014

**To:**   Thomas G. Bruton
          Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-1330
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellant
>
> v.
>
> H. TY WARNER,
> Defendant - Appellee
>
> District Court No: 1:13-cr-00731-1
> District Judge Charles Kocoras
> Court Reporter Joene Hanhardt
> Clerk/Agency Rep Thomas Bruton
> Date NOA filed in District Court: 02/13/2014

If you have any questions regarding this appeal, please call this office.