

U.S. Department of Justice

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| Michelle M. Petersen<br>Assistant United States Attorney | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois  60604 | 312-886-7655 |

February 26, 2014

Clerk of the United States District Court
for the Northern District of Illinois
219 South Dearborn Street
20th Floor
Chicago, Illinois 60604

RE:  *United States v. H. Ty Warner;* 13 CR 731
     Appeal No. 14-1330
     Amended Designation of Record on Appeal

Dear Mr. Thomas G. Bruton:

I would like to designate the following items for inclusion in the record on appeal in the above-captioned case:

| 09/18/2013 | 1 | INFORMATION as to H Ty Warner (1) count(s) 1 (las, ) (Entered: 09/18/2013) |
|---|---|---|
| 10/02/2013 | 13 | ORDER as to H Ty Warner:  Arraignment hearing held on 10/2/13. Defendant files Waiver of Indictment. Defendant enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Sentencing is set for 1/15/2014 at 9:45 a.m. Government and defendant agree to certain conditions of release. Defendant to be release after processing. Signed by the Honorable Charles P. Kocoras on 10/2/13. (las, ) (Entered: 10/03/2013) |
| 10/02/2013 | 14 | WAIVER of indictment by H Ty Warner (las, ) (Entered: 10/03/2013) |

| | | |
|---|---|---|
| 10/02/2013 | 15 | PLEA Agreement as to H Ty Warner (las, ) (Entered: 10/03/2013) |
| 12/05/2013 | 20 | PRESENTENCE Investigation Report as to H Ty Warner (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Fitzgerald, Josie) (Entered: 12/05/2013) |
| 12/12/2013 | 21 | PRESENTENCE Investigation Report (Supplemental) as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/12/2013 | 22 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/19/2013 | 23 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Essling, Bernadette) (Entered: 12/19/2013) |
| 12/31/2013 | 24 | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # 1 Exhibit)(Scandaglia, Gregory) (Entered: 12/31/2013) |
| 01/07/2014 | 25 | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on October 2, 2013, before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/28/2014. Redacted Transcript Deadline set for 2/7/2014. Release of Transcript Restriction set for 4/7/2014. (Hanhardt, Joene) (Entered: 01/07/2014) |
| 01/07/2014 | 26 | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Petersen, Michelle) (Entered: 01/07/2014) |
| 01/08/2014 | 27 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Sohl, David) (Entered: 01/08/2014) |
| 01/09/2014 | 28 | SUPPLEMENT by H Ty Warner to sentencing memorandum 24 (Attachments: # 1 Exhibit 1)(Scandaglia, |

Mr. Thomas G. Bruton
February 26, 2014
Page 3

| | | |
|---|---|---|
| | | Gregory) (Entered: 01/09/2014) |
| 01/14/2014 | 29 | MINUTE entry before the Honorable Charles P. Kocoras: Sentencing held on 1/14/2014 as to H Ty Warner. Mailed notice (yp, ) (Entered: 01/14/2014) |
| 01/14/2014 | 30 | JUDGMENT (Sentencing Order) as to H Ty Warner (1), Count(s) 1, The defendant is hereby sentenced to probation for a term of two (2) years on Count (1) of the Information. Criminal monetary penalties. Schedule of payments. (Terminated defendant H Ty Warner). Signed by the Honorable Charles P. Kocoras on 1/14/14. Mailed notice (las, ) (Entered: 01/15/2014) |
| 01/15/2014 | 31 | STATEMENT of Reasons as to H Ty Warner(SEALED) (las, ) (Entered: 01/15/2014) |
| 01/31/2014 | 32 | Full SATISFACTION (RELEASE) of Judgment in the amount of $100,600.00 by H Ty Warner (Stewart, Joseph) (Entered: 01/31/2014) |
| 02/03/2014 | 33 | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on January 14, 2014, before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/5/2014. (Hanhardt, Joene) (Entered: 02/03/2014) |

    This designation amends my previous designation, filed on February 25, 2014, as I inadvertently neglected to include docket entry number 23 in my previous submission.

Mr. Thomas G. Bruton
February 26, 2014
Page 4

      Although some of the above-listed items may already be required by Circuit Rule 10 to be included in the Record on Appeal, I have, in an abundance of caution, included everything I believe will be necessary for inclusion in the record.

      Thank you for your assistance, and please feel free to contact me if you have any questions.

                      Very truly yours,

                      ZACHARY T. FARDON
                      United States Attorney

          By:    */s/ Michelle M. Petersen*
                  MICHELLE M. PETERSEN
                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2014, I electronically filed the foregoing letter with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                        By:    */s/ Michelle M. Petersen*
                                MICHELLE M. PETERSEN
                                Assistant United States Attorney
                                219 South Dearborn Street
                                Chicago, Illinois 60604
                                (312) 886-7655
                                michelle.petersen@usdoj.gov