

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

February 27, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

    RE: USA v. Warner

    U.S.D.C. DOCKET NO. :    13 cr 731-1

    U.S.C.A. DOCKET NO. :    14-1330

    Dear Mr. Agnello:

    Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S):    1

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S):    1

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:    **1 Flash Drive (Sealed items)**

    OTHER (SPECIFY):

    SPECIAL NOTE:

    Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

    Very truly yours,

    Thomas G. Bruton, Clerk

    By: /s/ K. Johnson, Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    1 Volume of Pleadings
    1 Volume E-Transcripts
    1 Flash Drive (Sealed Items)

In the cause entitled:. USA v. Warner

USDC NO.    : 13 cr 731-1

USCA NO.    : 14-1330

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 27th day of Feb. 2014.

        THOMAS G. BRUTON, CLERK

        By: _____
          K. Johnson, Deputy Clerk

        A TRUE COPY-ATTEST
        THOMAS G. BRUTON, CLERK
        -
        By: s/ K. JOHNSON
        DEPUTY CLERK
        U.S. DISTRICT COURT, NORTHERN
        DISTRICT OF ILLINOIS
        -
        February 27, 2014

APPEAL,COX,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00731-1
## Internal Use Only

Case title: USA v. Warner

Date Filed: 09/18/2013
Date Terminated: 01/14/2014

Assigned to: Honorable Charles P. Kocoras

Appeals court case number: 14-1330 7th Circuit

**Defendant (1)**

**H Ty Warner**
*TERMINATED: 01/14/2014*

represented by **Mark E Matthews**
Caplin & Drysdale
One Thomas Circle, Nw
Suite 1100
Washington, DC 20005
(202) 862-5000
Email: mmatthews@capdale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Gregory J. Scandaglia**
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
(312) 580-2020
Email: gscandaglia@scandagliaryan.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Michael John Garcia**
Kirkland & Ellis Llp
601 Lexington Avenue
New York, NY 10022

(212) 446-4810
Email: michael.garcia@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Samuel Shapiro**
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
(312) 580-2020
Fax: (312) 782-3806
Email: mshapiro@scandagliaryan.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

ATTEMPT TO EVADE OR DEFEAT TAX
(1)

**Disposition**

The defendant is hereby sentenced to probation for a t[erm] of two (2) years on Count (1) of the Information. Crim[inal] monetary penalties. Schedule of payments.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**     represented by **James Martin Conway**
United States Attorney's Office (NDIL)
219 South Dearborn Street

Suite 500
Chicago, IL 60604
(312) 353-5300
Email: james.conway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Petersen**
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn Street, 5th Floor
Chicago, !L 60604
312 886 7655
Email: michelle.petersen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.u
scourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email:
Intake_Docket_ILNP@ilnp.uscourts.g
ov
*ATTORNEY TO BE NOTICED*

**Patrick Joseph King , Jr.**
United States Attorney's Office

(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: patrick.king@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2013 | 1 | INFORMATION as to H Ty Warner (1) count(s) 1 (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 2 | DESIGNATION Sheet: FELONY (Category 2). (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 3 | NOTICE of Arraignment as to H Ty Warner before Honorable Charles P. Kocoras on 9/24/2013 at 09:30 AM. (las, ) (Entered: 09/18/2013) |
| 09/18/2013 | 4 | ATTORNEY Appearance for defendant H Ty Warner by Gregory J. Scandaglia (Scandaglia, Gregory) (Entered: 09/18/2013) |
| 09/18/2013 | 5 | ATTORNEY Appearance for defendant H Ty Warner by Michael Samuel Shapiro (Shapiro, Michael) (Entered: 09/18/2013) |
| 09/18/2013 | 6 | MINUTE entry before the Honorable Charles P. Kocoras as to H Ty Warner: At the parties telephonic request, arraignment and plea set for 9/24/2013 is stricken. Arraignment and plea is reset for 10/2/2013 at 09:45 AM. Mailed notice (yp, ) (Entered: 09/18/2013) |
| 09/19/2013 | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8746875. (Matthews, Mark) (Entered: 09/19/2013) |
| 09/26/2013 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8771425. (Garcia, Michael) (Entered: 09/26/2013) |
| 09/30/2013 | 9 | ORDER as to H. Ty Warner: Motion for Leave to appear Pro Hac Vice as to Mark Matthews 7 and Michael Garcia as counsel for defendant 8 are granted. Signed by the Honorable Charles P. Kocoras on 9/30/13. (las, ) (Entered: 10/01/2013) |
| 10/02/2013 | 10 | PRETRIAL Bail Report as to H Ty Warner (SEALED) (Hurtado, Sabina) (Entered: 10/02/2013) |
| 10/02/2013 | | ORDER Setting Conditions of Release as to H Ty Warner in amount of $ 4500, Own Recognizance Signed by the Honorable Charles P. Kocoras on 10/2/13. (las, ) (Entered: 10/02/2013) |

| | | |
|---|---|---|
| | LOCK"11 | |
| 10/02/2013 | "TYPE=PICT;ALT=LOCK"12 | Own Recognizance Bond as to H Ty Warner in the amount of $ 4500, (las, ) (Entered: 10/02/2013) |
| 10/02/2013 | 13 | ORDER as to H Ty Warner: Arraignment hearing held on 10/2/13. Defendant files Waiver of Indictment. Defendant enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Sentencing is set for 1/15/2014 at 9:45 a.m. Government and defendant agree to certain conditions of release. Defendant to be release after processing. Signed by the Honorable Charles P. Kocoras on 10/2/13. (las, ) (Entered: 10/03/2013) |
| 10/02/2013 | 14 | WAIVER of indictment by H Ty Warner (las, ) (Entered: 10/03/2013) |
| 10/02/2013 | 15 | PLEA Agreement as to H Ty Warner (las, ) (Entered: 10/03/2013) |
| 10/24/2013 | 16 | ATTORNEY Designation for USA of Michelle Petersen (Petersen, Michelle) (Entered: 10/24/2013) |
| 10/24/2013 | 17 | ATTORNEY Designation for USA of Patrick Joseph King, Jr (King, Patrick) (Entered: 10/24/2013) |
| 11/18/2013 | 18 | MINUTE entry before the Honorable Charles P. Kocoras: As to H Ty Warner, On Court's own motion, sentencing set for 1/15/2014 is stricken and reset for 1/14/2014 at 09:45 a.m. in Courtroom 2325. Mailed notice (yp, ) (Entered: 11/18/2013) |
| 12/05/2013 FD | 20 | PRESENTENCE Investigation Report as to H Ty Warner (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Fitzgerald, Josie) (Entered: 12/05/2013) |
| 12/12/2013 FD | 21 | PRESENTENCE Investigation Report (Supplemental) as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/12/2013 FD | 22 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Fitzgerald, Josie) (Entered: 12/12/2013) |
| 12/19/2013 FD | 23 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Essling, Bernadette) (Entered: 12/19/2013) |
| 12/31/2013 | 24 | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # 1 Exhibit)(Scandaglia, Gregory) (Entered: 12/31/2013) |
| 01/07/2014 | "TYPE=PI | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on October 2, 2013, before the Honorable Charles P. Kocoras. Court Reporter Contact |

| | | |
|---|---|---|
| FD | 25 | CT;ALT=LOCK" Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/28/2014. Redacted Transcript Deadline set for 2/7/2014. Release of Transcript Restriction set for 4/7/2014. (Hanhardt, Joene) (Entered: 01/07/2014) |
| 01/07/2014 | 26 | SENTENCING MEMORANDUM as to H Ty Warner (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Petersen, Michelle) (Entered: 01/07/2014) |
| 01/08/2014 FD | 27 | CHARACTER Reference Letters as to H Ty Warner (SEALED) (Sohl, David) (Entered: 01/08/2014) |
| 01/09/2014 | 28 | SUPPLEMENT by H Ty Warner to sentencing memorandum 24 (Attachments: # 1 Exhibit 1)(Scandaglia, Gregory) (Entered: 01/09/2014) |
| 01/14/2014 | 29 | MINUTE entry before the Honorable Charles P. Kocoras: Sentencing held on 1/14/2014 as to H Ty Warner. Mailed notice (yp, ) (Entered: 01/14/2014) |
| 01/14/2014 | 30 | JUDGMENT (Sentencing Order) as to H Ty Warner (1), Count(s) 1, The defendant is hereby sentenced to probation for a term of two (2) years on Count (1) of the Information. Criminal monetary penalties. Schedule of payments. (Terminated defendant H Ty Warner). Signed by the Honorable Charles P. Kocoras on 1/14/14. Mailed notice (las, ) (Entered: 01/15/2014) |
| 01/14/2014 FD | 31 | STATEMENT of Reasons as to H Ty Warner(SEALED) (las, ) (Entered: 01/15/2014) |
| 01/15/2014 | | JUDGMENT and Commitment as to H Ty Warner issued to U.S. Marshal (las, ) (Entered: 01/15/2014) |
| 01/31/2014 | 32 | Full SATISFACTION (RELEASE) of Judgment in the amount of $100,600.00 by H Ty Warner (Stewart, Joseph) (Entered: 01/31/2014) |
| 02/03/2014 FD | "TYPE=PICT;ALT=LOCK"33 | TRANSCRIPT OF PROCEEDINGS as to H Ty Warner held on January 14, 2014, before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Ms. Joene Hanhardt, Official Court Reporter, 219 S. Dearborn St., Suite 1744-A, Chicago, Illinois 60604, 312-435-6874.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/5/2014. (Hanhardt, Joene) (Entered: 02/03/2014) |

| | | |
|---|---|---|
| 02/13/2014 | 34 | NOTICE OF APPEAL by USA as to H Ty Warner (Petersen, Michelle) (Entered: 02/13/2014) |
| 02/13/2014 | 35 | DOCKETING statement by USA as to H Ty Warner regarding notice of appeal 34 (Petersen, Michelle) (Entered: 02/13/2014) |
| 02/14/2014 | 36 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 34 . (kj, ) (Entered: 02/14/2014) |
| 02/14/2014 | 37 | Transmission of short record as to H Ty Warner to US Court of Appeals re notice of appeal 34 . (kj, ) (Entered: 02/14/2014) |
| 02/14/2014 | 38 | USCA case number as to H Ty Warner 14-1330 for notice of appeal 34 (las, ) (Entered: 02/18/2014) |
| 02/25/2014 | 39 | DESIGNATION of record on appeal by USA as to H Ty Warner regarding notice of appeal 34 (Petersen, Michelle) (Entered: 02/25/2014) |
| 02/25/2014 | 40 | TRANSCRIPT designation and order form by USA as to H Ty Warner for proceedings held on 10/02/1013; 01/14/2014 before Judge Hon. Charles P. Kocoras, (Petersen, Michelle) (Entered: 02/25/2014) |
| 02/26/2014 | 41 | DESIGNATION of record on appeal by USA as to H Ty Warner regarding notice of appeal 34 (Petersen, Michelle) (Entered: 02/26/2014) |

**KEY**

**All items are included in this record.**