# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 10, 2015

Before:   JOEL M. FLAUM, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk of the United States Court of Appeals for the Seventh Circuit

| | |
|---|---|
| No. 14-1330 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellant <br><br> v. <br><br> H. TY WARNER, <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cr-00731-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Charles P. Kocoras | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

   form name: **c7_FinalJudgment**(form ID: **132**)